UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS VASQUEZ, II., <br><br> Petitioner, <br><br> v. <br><br> JIM ROBERTSON, <br><br> Respondent. | No. 2:19-cv-2332 AC P <br><br><br> ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, while petitioner has filed a certification of funds and a copy of his inmate trust account statement, he has not filed an in forma pauperis application. See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to submit a completed application in support of a request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an application in support of his request to proceed in forma pauperis. He is not required to submit another certification of funds or trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed.

/////

/////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: November 20, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE