UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS VASQUEZ II,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JIM ROBERTSON,<br><br>　　　　Respondent. | No. 2:19-cv-2332 JAM AC P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 21, 2020, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 14. Petitioner has filed objections to the findings and recommendations. ECF No. 15.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 21, 2020, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is dismissed as untimely; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: September 8, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE